UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                             **ORDER**

         -against-

                                     21 **CR.** 691 (RMB)

JUNARD PARROT,

                   Defendant.
------------------------------------------------------------X

      WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on November 10, 2021;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

      IT IS HEREBY ORDERED that Junard Parrot's guilty plea is accepted;

      IT IS HEREBY FURTHER ORDERED that the sentence is scheduled for 2/24/22 at 11:00 am; and that the Defense sentence submission is due 2/3/22; and that the Government sentence submission is due 2/10/22.

Dated:  New York, New York
          December 22, 2021

                                                 _____
                                                 **RICHARD M. BERMAN, U.S.D.J.**