**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

JUNARD PARROT,
                Defendant.
------------------------------------------------------------X

21 CR. 691 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, February 24, 2022 at 11:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press may use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: 1-877-336-1829
    Access Code: 6265989
    Security Code: 0691

Dated: February 16, 2022
       New York, NY

_____
        RICHARD M. BERMAN
              U.S.D.J.