

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 22, 2025

**By ECF**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Junard Parrot*, 21 Cr. 691 (RMB)

Dear Judge Berman:

    The Government respectfully requests an extension of time to respond to the defendant's motion for a reduction in sentence, filed on December 26, 2024. (ECF No. 33).

    On December 27, 2024, the Court set a deadline of January 17, 2025, for the Government to respond to the defendant's motion. Because the Assistant United States Attorney who had previously worked on this defendant's case has left the United States Attorney's Office, the Office did not timely respond. The undersigned counsel for the Government was assigned to this matter today, January 22, 2025. Accordingly, the Government requests additional time to obtain and review records, to consider the Government's position on the motion, and to draft its response. The Government respectfully requests leave to file its response on or before February 12, 2025 (*i.e.*, three weeks from today).

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

by: _____
Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

The Court respectfully requests the Government's response by February 5, 2025.

SO ORDERED:
Date: 1/22/2025
Richard M. Berman, U.S.D.J.

    cc:    All counsel of record (via ECF)