**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                              Government,           :       21 Cr. 691 (RMB)
                                                    :
              - against -                           :       **ORDER**
                                                    :
                                                    :
JUNARD PARROT,                                      :
                                                    :
                              Defendant.            :
------------------------------------------------------------------x


An initial supervised release hearing is scheduled for February 9, 2026 at 10:00 A.M. in

Courtroom 17B.


Dated: January 29, 2026
       New York, NY


_RMB_

_____
        **RICHARD M. BERMAN**
             **U.S.D.J.**