**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                        :

                              Government,         :        21 Cr. 691 (RMB)
                                                  :
              - against -                         :        **ORDER**
                                                  :
                                                  :
JUNARD PARROT,                                    :
                                                  :
                              Defendant.          :
-------------------------------------------------------------x


      The supervised release hearing scheduled for March 9, 2026 at 10:30 A.M. will take place in Courtroom 17B.


Dated: March 5, 2026
      New York, NY


*RMB*

_____
**RICHARD M. BERMAN**
**U.S.D.J.**