**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                        Government,                21 Cr. 691 (RMB)

      - against-                          **ORDER**

JUNARD PARROT,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The supervised release hearing scheduled for May 11, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: May 8, 2026
      New York, NY

                                       *RMB*

                                **RICHARD M. BERMAN**
                                    **U.S.D.J.**