**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                                                      :
                                       Government,      :           21 CR. 691 (RMB)
                                                                      :
                  - against -                              :           **ORDER**
                                                                      :
JUNARD PARROT,                                        :
                                                                      :
                                       Defendant.         :
----------------------------------------------------------------x


        The supervised release hearing is scheduled for Monday, June 15, 2026 at

10:00 A.M.

        The court will send the link via email.


Dated: June 10, 2026
        New York, NY

_____
        **RICHARD M. BERMAN**
                **U.S.D.J.**