**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, Government, | 21 Cr. 691 (RMB) |
| - against - | **ORDER** |
| JUNARD PARROT Defendant. | |

The supervised release hearing previously scheduled for Thursday, Sept. 17, 2026 at 9:00 AM is rescheduled to Wednesday, September 16, 2026 at 11:00 AM on Microsoft Teams.

Dated: September 15, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**