**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 21 CR. 691 (RMB)

- against - : **ORDER**

JUNARD PARROT, :

Defendant. :

--------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 14, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: October 7, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**